**Order entered March 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01014-CV

**ENNIS, INC., Appellant**

**V.**

**DUNBROOKE APPAREL CORPORATION, LARRY RAMIREZ,
AND MATT GRAY, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-09-00032-D**

## ORDER

We **DENY** Ennis, Inc.'s Motion for Supplemental Briefing. We also **DENY** appellees'

Motion for Sanctions filed as part of appellees' Response to Ennis's Motion for Supplemental

Briefing.

/s/ KERRY P. FITZGERALD
   JUSTICE